**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | ) | |
|---|---|---|
| **CAROL TOMAO,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 04 C 3470 |
| | ) | |
| | ) | Judge Nan R. Nolan |
| v. | ) | |
| | ) | |
| **ABBOTT LABORATORIES, INC.** | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT**

NOW COMES Plaintiff Carol Tomao ("Tomao"), by her undersigned attorneys, and pursuant to the Federal Rules of Civil Procedure, respectfully submits this motion requesting entry of judgment in this case in the amount of **$1,194,235.97**. In support of this motion, Plaintiff states as follows:

1. On February 9, 2007, after a five-day jury trial, the jury returned its verdict in favor of Plaintiff Tomao in this employment discrimination and retaliation action. Specifically, the jury found that Defendant Abbott (1) discriminated against Tomao because of her age in willful violation of the ADEA; (2) discriminated against Tomao based on her disability with reckless disregard or indifference to her protected rights; and (3) retaliated against Tomao. The jury awarded Tomao $300,000 in compensatory damages and $2,400,000 in punitive damages on her disability discrimination claim; and $300,000 in compensatory damages and $3,000,000 in punitive damages on her ADEA retaliation claim. On February 12, 2007, the Court entered judgment in Tomao's favor consistent with the jury's verdict.

2. As the prevailing party in this action, Plaintiff timely filed her Bill of Costs in the amount of $10,194.73 under Rule 54(d)(1) of the Federal Rules of Civil Procedure.

3. On June 25, 2007, Plaintiff also filed an Unopposed Petition for Attorney's Fees that were reasonably incurred through May 25, 2007 in the amount of $351,624.25.

4. On August 14, 2007, Plaintiff provided Defendant a detailed summary of additional post-trial attorney's fees incurred between May 26, 2007 and August 14, 2007 in the amount of $7,054.00. These attorney's fees are also unopposed, as confirmed at the status hearing before this Court on August 15, 2007, at which time Defendant's counsel stated that Defendant did not oppose the reasonableness of the additional fees in for the period between May 26, 2007 and August 14, 2007.

5. Following briefing on the parties' various post-trial motions, the Court issued a Memorandum Opinion and Order on July 31, 2007. In that Order, the Court denied Defendant's Motion for Judgment as a Matter of Law or in the Alternative a New Trial. The Court granted in part and denied in part Defendant's motion for a remittitur of damages as follows: the Court awarded Plaintiff $300,000 in compensatory damages for her ADA claim pursuant to the applicable statutory caps, and also granted a remitter of damages to $27,692.40 in compensatory and punitive damages for Tomao's ADEA retaliation claim, for a total award of $327, 692.40. The Court also awarded Plaintiff a total of $470,292.28 in equitable relief ($184,423.59 in lost wages; $18,249.95 in lost fringe benefits; $32,472.60 in medical expenses; and $235,146.14 in liquidated damages). Thus, Tomao's total award was $797,984.68.

6. Since the entry of the Court's Order on July 31, 2007, and prior to the Plaintiff's response to the Court's remittitur of her damages, the parties have engaged in settlement

discussions. These discussions have been unsuccessful.

7. Plaintiff herby accepts the Court's remittitur of damages and the Court's award in the amount of $797,984.68 on the jury' verdict in her favor. Plaintiff also requests the entry of an award of reasonable attorneys' fees and costs through August 14, 2007 in the amount of $368,872.98. Pursuant to 28 U.S.C. § 1961(a), Plaintiff is also entitled to an award of post-judgment interest on the $797,984.68 judgment. An award of post-judgment interest "shall be allowed on any money judgment in a civil case recovered in a district court." 28 U.S.C. § 1961(a). The post-judgment interest due for the period through October 17, 2007 is $ 27,378.31 (computed at the rate of 5.07 %, the weekly one year maturity treasury yield for the calendar week preceding February 12, 2007, on the amount of $797,984.68.).

**WHEREFORE**, Plaintiff respectfully requests that the Court enter judgment in her favor in this matter in the amount of **$1,194,235.97**. Plaintiff requests leave to file a supplemental petition for the reasonable post-trial attorney's fees not included herein for the period following August 15, 2007, pursuant to Local Rule 54.

Dated: October 16, 2007                                                    Respectfully submitted,


                                                              By:    _____s/Ines Monte_____
                                                                     One of Plaintiff's Attorneys

Ines Monte
Noelle Brennan
BRENNAN & MONTE, LTD.
20 S. Clark St. – Suite 1530
Chicago, Illinois 60603
(312) 422-0001
(312) 422-0008 - fax

3